IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,
    Plaintiffs,
v.

GMAC MORTGAGE CORPORATION, a Pennsylvania Corporation,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiffs' "Unopposed Motion to Amend Complaint and Withdrawal of Amended Motion to Amend Complaint" (filed March 9, 2007) (doc. # 20). Pursuant to the Order of Reference dated November 13, 2006 (doc. # 3) and the memorandum dated March 12, 2007 (doc. # 21), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Plaintiffs' "Unopposed Motion to Amend Complaint and Withdrawal of Amended Motion to Amend Complaint" (filed March 9, 2007) (doc. # 20) is GRANTED.

    2.    The Proposed Amended Complaint (tendered March 9, 2007) (doc. # 20-2) is accepted for filing as of this date and shall be docketed as the Amended Complaint.

  3. Plaintiffs' "Amended Motion for Leave to Amend Complaint" (filed February 23, 2007) (doc. # 16) is WITHDRAWN.

  4. Plaintiffs' "Motion for Leave to Amend Complaint" (filed February 22, 2007) (doc. # 13) is DENIED AS MOOT.

DATED at Denver, Colorado, this 13th day of March, 2007.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge