IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,
a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Answer (*doc. no. 29)* is **GRANTED**. Defendant shall file an amended answer by close of business on **May 2, 2007**.

**DATED:**    April 25, 2007