IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,
a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Vacate and Continue Settlement Conference and Request for Second Scheduling Conference (*doc. no. 38)* is **GRANTED**. The settlement conference set for May 22, 2007, is CONVERTED into a scheduling conference. Client representatives need not attend the scheduling conference.

    IT IS FURTHER ORDERED that the start time for the scheduling conference on **May 22, 2007**, is changed from 8:00 a.m. to **9:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER ORDERED that an amended proposed scheduling order is due no later than **May 18, 2007**. Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

**DATED:**    May 16, 2007