**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01912-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 11, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| JOHN TONEY, *et al.,* | Douglas L. Romero, via telephone |
| | Timothy Edstrom, via telephone |
| **Plaintiffs,** | |
| v. | |
| GMAC MORTGAGE CORPORATION, | Jannine R. Mohr, via telephone |
| a Pennsylvania corporation, | |
| **Defendant.** | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:** 1:30 p.m.

Court calls case. Appearances of counsel. Plaintiff, Valerie Toney, and a representative for defendant are also present for the hearing.

Counsel discuss their discovery disputes with the Court.

**ORDERED:** The Motion to Compel [filed May 25, 2007; doc. 46] is taken under advisement.

**ORDERED:** Plaintiffs shall provide non-redacted documents or redacted documents with a privilege log as discussed on the record by June 18, 2007.

HEARING CONCLUDED.
**Court in Recess:** 1:59 p.m.
Total In-Court Time: 00:29