IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,
a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate Hearing and Notice to Withdraw Motion to Compel Discovery (*doc. no. 65)* is **GRANTED**.

    IT IS FURTHER ORDERED that Defendant's Motion to Compel (*doc. no. 46)* is **DENIED**, as withdrawn.

    IT IS FURTHER ORDERED that the hearing set for June 26, 2007, is **VACATED**.

**DATED:**    June 19, 2007