IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

        Plaintiffs,

v.

GMAC MORTGAGE CORPORATION, a Pennsylvania Corporation,

        Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Motion to Clarify Response **(#83)** filed November 15, 2007, by the Plaintiffs. The Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 16th day of November, 2007.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge