IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION, a Pennsylvania Corporation,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court on the Plaintiffs' Motion to Clarify Response (Motion) **(#88)** filed November 20, 2007. The Motion requests that a portion of the language contained in the conclusion portion of Plaintiffs' response to Defendant GMAC Mortgage Corporation's Request for Partial Summary Judgment be amended. Defendant's do not oppose this amendment.

**IT IS THEREFORE ORDERED** that the Motion is construed as an Unopposed Motion to Amend Response and is hereby **GRANTED**.

DATED this 20th day of November, 2007.

                                          BY THE COURT:

                                          *(signature)*
                                          _____
                                          Marcia S. Krieger
                                          United States District Judge