IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,
a Pennsylvania corporation,

    Defendant.

---

## ORDER

---

    Consistent with the terms of the settlement agreed upon at the settlement conference held on April 30, 2008, it is

    ORDERED that Plaintiffs shall deposit $10,000.00 (USD) into the registry of the U.S. District Court for the District of Colorado no later than May 19, 2008. These funds shall remain in the court's registry until further order of the court.

DATED at Denver, Colorado, this 14th day of May, 2008.

                                                    BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge