IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01912-MSK-CBS

JOHN TONEY, and
VALERIE TONEY,

      Plaintiffs,

v.

GMAC MORTGAGE CORPORATION,
a Pennsylvania corporation,

      Defendant.

---

## AMENDED ORDER

---

      Consistent with the terms of the settlement agreed upon at the settlement conference held on April 30, 2008, it is

      ORDERED that _Defendant_ shall deposit $10,000.00 (USD) into the registry of the U.S. District Court for the District of Colorado no later than May 19, 2008.  These funds shall remain in the court's registry until further order of the court.

DATED at Denver, Colorado, this 15th day of May, 2008.

                  BY THE COURT:

                  _s/Craig B. Shaffer_
                  Craig B. Shaffer
                  United States Magistrate Judge